**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7709**

_____

KEITH BREVARD BLAKENEY,

                                        Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; JOSEPH G.
PICKELSIMER,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-98-313-1)

_____

Submitted:  March 9, 2000          Decided:  March 15, 2000

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Keith Brevard Blakeney, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Brevard Blakeney seeks to appeal the district court's order dismissing as untimely his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal as untimely. See Taylor v. Lee, 186 F.3d 557, 561 (4th Cir. 1999), petition for cert. filed, 68 U.S.L.W. 3367 (Nov. 22, 1999) (No. 99-897). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2